# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF MARYLAND   05-M-4920-SKG

08-008-M-01

2008 FEB 17 A 10:37

UNITED STATES OF AMERICA
vs.
MILLER, ALBERT A

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| S0549602 | 09/15/2005 |
| MD41 | |
| DRIVE W/SUSPENDED LIC | |

**FILED**
JAN 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Defendant.*

**FAILURE TO APPEAR**

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ **APPEARANCE REQUIRED** may be Forfeited in Lieu of Appearance

Date  2/16/06

_____
United States Magistrate Judge
**HON. JAMES K. BREDAR**

## RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | 1/10/08 | Wash. DC   USMS Cellblock |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| DATE | LOCATION |
|---|---|
| 1/10/08 | USMS Cellblock WASHINGTON, DC |

Name ATBA   Title DUSM   District D/DC US District Ct
Date 1/10/08   Signature _____

CVB Ticket Image

Location: MD41 Citation: S0549602 SIDE: A

New Citation Search    New Hearing Search

FILED
JAN 10 2008
Clerk, U.S. District and Bankruptcy Courts

08 - 008 - M - 01

## United States District Court Violation Notice

| CVB Location Code |
|---|
| MD-41 |

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| S 0549602 | YUKITOMO | 730 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☒ State Code |
|---|---|
| 09-15-2005 1920 | 16 303c |

Place of Offense: FT MEADE VCP-2

Offense Description: PERSON DRIVING MOTOR VEHICLE ON HWY ON SUSPENDED LICENSE AND PRIVILEGE

**DEFENDANT INFORMATION** Phone

| Last Name | First Name | MI |
|---|---|---|
| MILLER | ALBERT | A |

☒ Adult ☐ Juvenile    Sex ☒ Male ☐ Female

**VEHICLE DESCRIPTI[ON]**

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ **MA** Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____