Rev 1/07

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

**FILED**
MAR 10 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Return Copy*

Date: 02/06/08

Address of Other Court:   USDC District of Maryland
Baltimore Division/Criminal Division
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, MD 21201

____ FILED  ____ ENTERED

FEB 8 2008

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

RE:   08-008-M-01, USA v. Albert A. Miller

Dear Clerk of the Court:    05-M-4920-SKG

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

| | | | |
|---|---|---|---|
| ☑ | Docket Sheet | ☐ | Warrant of Removal |
| ☐ | Complaint | ☐ | Order of Removal |
| ☐ | Minute Order Appointing Counsel | ☐ | Detention Order |
| ☐ | Corporate Surety Bond | ☑ | Waiver of Removal |
| ☐ | Personal Surety Bond | | |
| ☑ | Other: Blotter filed on 01/15/08 and Blotter filed on 01/15/08 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk